432

872 A.2d 826

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James A. BOLDEN, Respondent.**

**No. 1002 Disciplinary Docket No. 3—Supreme Court.**

Supreme Court of Pennsylvania.

April 19, 2005.

## ORDER

PER CURIAM.

AND NOW, this 19th day of April, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board dated January 25, 2005, it is hereby

ORDERED that JAMES A. BOLDEN be and he is SUSPENDED from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.